**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1606**

In re: CLAUDE OWEN WILSON,

          Petitioner.

**No. 20-1607**

In re:  CLAUDE OWEN WILSON, Lien Creditor, In re: Claude Owen Wilson Trust,

          Petitioner.

On Petitions for Writs of Mandamus.
(3:19-cv-00913-HEH-RCY; 3:20-cv-00013-HEH-RCY)

Submitted:  August 20, 2020                    Decided:  August 24, 2020

Before GREGORY, Chief Judge, WYNN, and QUATTLEBAUM, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Claude Owen Wilson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated petitions for writs of mandamus, Claude Owen Wilson asks this court to order the district court to expeditiously issue a summons in the underlying 42 U.S.C. § 1983 actions. Our review of the respective district court dockets indicates that, soon after Wilson filed the mandamus petitions, the district court dismissed the actions as frivolous, pursuant to 28 U.S.C. § 1915A. Because the underlying actions are no longer pending, the relief Wilson seeks is moot. Additionally, insofar as Wilson argues the merits of the underlying actions in his petitions, such relief is not available by way of mandamus. *See In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007) (recognizing that mandamus may not be used as substitute for appeal). Accordingly, although we grant Wilson's motions to amend, we deny the mandamus petitions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*